## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TERRY DAVIS, Inmate #N62851,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO.  06-248-GPM** |
| | ) | |
| **JULIUS C. FLAGG, ROD R.** | ) | |
| **BLAGOJEVICH, and ROGER E.** | ) | |
| **WALKER, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to

28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

01/29/07                                      By: s/ G. Patrick Murphy
*Date*                                                  *District Judge*